**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bob Harry FOWLER, a/k/a Richard B. Fowler, a/k/a Slim Fowler, a/k/a Richard Bob Fowler, a/k/a Bob Harris Fowler, a/k/a Georgia Slim, a/k/a Georgia Slim Fowler, a/k/a Georgia Fowler, Defendant–Appellant.**

No. 01–6223.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 19, 2001.

Bob Harry Fowler, pro se. David Calhoun Stephens, Assistant United States Attorney, Greenville, SC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Bob Harry Fowler seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000) and his Fed.R.Civ.P. 60(b) motion for reconsideration of that order. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Fowler,* Nos. CR–97–487; CA–00–1415–6 (D.S.C. Oct. 25 and Nov. 29, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*